IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY BRANDT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITALS, INC. | : | NO. 19-1845 |

ORDER

AND NOW, this 26th day of February, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that this motion of defendant for summary judgment (Doc. # 13) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                 J.